AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
6/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____jb____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
6/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____jb____ DEPUTY

United States of America

v.

ANNA FURMANSKAYA,

Defendant(s)

Case No.    2:21-mj-02744 -duty

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about and between the date(s) of June 12, 2019, and May 5, 2020, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2315, 2(a) | Possession of Stolen Goods; Aiding and Abetting |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/S/
_____
Complainant's signature

Rene Persaud, Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    June 4, 2021

_____
Judge's signature

City and state:  Los Angeles, California

Hon. Gail J. Standish, U.S. Magistrate Judge
_____
Printed name and title

AUSA: Keith D. Ellison (6920)

**AFFIDAVIT**

I, Rene Persaud, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against ANNA FURMANSKAYA ("FURMANSKAYA") for a violation of Title 18, United States Code, Sections 2315, 2(a) (Possession of Stolen Goods; Aiding and Abetting).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3. I am Special Agent with the FBI and have been so employed since September 2018. Prior to becoming a Special Agent, I worked for the FBI's Special Surveillance Group for approximately four years. Prior to joining the FBI, I was a Deputy Sheriff for the Hillsborough County (Florida) Sheriff's Office for approximately three years.

4. I have participated in various aspects of criminal enterprise investigations, including but not limited to,

conducting surveillance and arrests, issuing subpoenas, seizing and impounding drug evidence, social media analysis, and the analysis of telephone tolls and other data.  Additionally, I have interviewed and/or debriefed confidential informants and other witnesses who have had knowledge regarding the investigations in which I have been involved. I have also authored, sworn out, and executed multiple search warrants for various entities, including but not limited to, internet service providers, social media companies, GPS tracking units, and physical residences/businesses.

### III.  SUMMARY OF PROBABLE CAUSE

6.  On June 5, 2019, Micron Technology Incorporated ("MICRON") shipped packages from Singapore to Avnet, Inc. ("AVNET") in Chandler, Arizona, containing approximately $270,553 worth of IT products.  Without the permission of either MICRON or AVNET, the shipment was rerouted to a FedEx facility in Tempe, Arizona.  On June 12, 2019, FURMANSKAYA, using the alias "S. Davis," picked up the shipment from the FedEx facility.  Agents later recovered some of the stolen IT products in Los Angeles, California.

### IV.  STATEMENT OF PROBABLE CAUSE

**A.   FURMANSKAYA Retrieves Unlawfully Rerouted IT Products**

5.   Through my review of information provided by FedEx, MICRON, and AVNET, I am aware of the following:

a.   On or about June 5, 2019, MICRON shipped the following packages to AVNET: (1) two packages containing a total of 600 "64GB DDR4SDRAM MODULE" valued at approximately $237,930;

2

(2) one package containing a total of 4000 "128MB IC NOR Flash" valued at approximately $3,840; (3) five packages containing a total of 1782 "1GB IC Mobile DDR" valued at approximately $5,755; and (4) one package containing a total of 1520 "128GB IC MCP" valued at approximately $23,028.  The total value of the shipment was approximately $270,553.  The items were shipped from MICRON's facility in Singapore to AVNET (60 South McKemy Avenue, Chandler, Arizona 85226).

   b. Without the permission of either MICRON or AVNET, the shipment was rerouted, to a FedEx facility at 8210 South Hardy Drive, Tempe, Arizona.  On or about June 12, 2019, video surveillance shows a woman retrieving the shipment.  This woman signed for the shipment under the alias "S. DAVIS."

  **B.** **Identification of FURMANSKAYA**

  6. I reviewed a California Department of Motor Vehicles ("DMV") photo for FURMANSKAYA.  I compared the photo to the FedEx surveillance video and recognized FURMANSKAYA as the woman who picked up the property using the alias S. DAVIS.

  7. On January 10, 2020, I, and another FBI special agent, contacted FURMANSKAYA in a residential parking lot near her DMV address of record in Santa Clarita, California.  I again recognized FURMANKSAYA as the woman who picked up the property using the alias S. DAVIS.

  **C.** **The Stolen Goods are Recovered in Los Angeles**

  7. On May 5, 2020, the Honorable Karen Stevenson, United States Magistrate Judge, authorized a warrant to search 317 SHIPPING, located at 209 E 11th Street, Los Angeles, California,

3

for stolen IT products. Agents executed the search warrant on May 7, 2020. During the search, agents recovered several MICRON IT products.

8. I compared the serial numbers for the MICRON IT products recovered during the search to the serial numbers for the MICRON IT products that FURMANSKAYA picked up in Tempe, Arizona, in June 2019. I identified several serial numbers matching the IT products stolen in June 2019. I later confirmed with a representative from MICRON Supply Chain Security that the recovered products were those mailed to AVNET that were stolen in June 2019.

9. Based on my training, experience, and investigation in this case, I believe that FURMANSKAYA used an alias to receive the stolen IT products and knew that the IT products were stolen. Because the IT products had been stolen in Arizona and were recovered in California, near FURMANSKAYA's residence, I believe that FURMANSKAYA possessed the stolen IT products after the property had crossed a state boundary, or aided and abetted the possession of the stolen IT products after the property had crossed a state boundary.

///

///

## V. CONCLUSION

8. For all the reasons described above, there is probable cause to believe that FURMANSKAYA has committed a violation of Title 18, United States Code, Sections 2315, 2(a) (Possession of Stolen Goods; Aiding and Abetting).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __4__ day of
__June__, 2021.

_____
HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE