```
                               FILED
                       CLERK, U.S. DISTRICT COURT

                              7/7/2021

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY: ____JB____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00312-FMO |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy] |
| ANNA FURMANSKAYA,<br>    aka "Sarah Davis,"<br>    aka "S. Davis,"<br>    aka "Sarah Miller,"<br><br>    Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 371]

A.  OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, but no later than in or around April 2019, and continuing through at least on or about January 10, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANNA FURMANSKAYA, also known as ("aka") "Sarah Davis," aka "S. Davis," aka "Sarah Miller," knowingly conspired with others known and unknown to the Acting United States Attorney to:

1.  Transport stolen goods in interstate commerce, in violation of Title 18, United States Code, Section 2314; and

    2.    Receive and possess stolen goods, in violation of Title 18, United States Code, Section 2315.

B.    <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

The objects of the conspiracy were carried out, and were to be carried out, in substance, as follows:

    1.    Individuals known and unknown to the Acting United States Attorney would obtain Federal Express ("FedEx") or United Parcel Service ("UPS") tracking information for shipments of computer and information technology ("IT") hardware shipped by Micron Technology, Inc. or Dell Technologies, Inc.

    2.    Individuals known and unknown to the Acting United States Attorney would re-route the shipments to a particular FedEx or UPS store in the United States and would alter the name and other information for the individual responsible for picking up the shipments.

    3.    Co-Conspirator 1 and Co-Conspirator 2, and others known and unknown to the Acting United States Attorney, would enlist individuals known as "runners," including defendant FURMANSKAYA, to retrieve the shipments.

    4.    Co-Conspirator 1 and Co-Conspirator 2, and others known and unknown to the Acting United States Attorney, would arrange for the runners, including defendant FURMANSKAYA, to obtain fraudulent identification documents to match the information entered into FedEx's or UPS's tracking and delivery system.

    5.    Co-Conspirator 1 and Co-Conspirator 2, and others known and unknown to the Acting United States Attorney, would arrange for the

runners, including defendant FURMANSKAYA, to travel to the specific FedEx or UPS locations to pick up the shipments of stolen goods.

6. At the direction of Co-Conspirator 1 and Co-Conspirator 2, defendant FURMANSKAYA, and others known and unknown to the Acting United States Attorney, would travel to the specific FedEx or UPS locations to pick up the shipments of stolen goods.

7. At the direction of Co-Conspirator 1 and Co-Conspirator 2, defendant FURMANSKAYA, and others known and unknown to the Acting United States Attorney, would rent storage units outside the State of California under fictitious names and store the stolen goods in the storage units.

8. Co-Conspirator 1 and Co-Conspirator 2, and others known and unknown to the Acting United States Attorney, would collect the storage unit keys and access codes from the runners, including defendant FURMANSKAYA.

9. Co-Conspirator 1 and Co-Conspirator 2, and others known and unknown to the Acting United States Attorney, would arrange for the stolen goods to be transported from storage units located outside of California to locations in the Central District of California.

10. Co-Conspirator 1 and Co-Conspirator 2 would receive, possess, and store stolen goods at a business in downtown Los Angeles.

11. Through this scheme, Co-Conspirator 1 and Co-Conspirator 2, and others known and unknown to the Acting United States Attorney, obtained or attempted to obtain at least $2,548,000 in stolen goods.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to accomplish its objects, on or about the following dates, defendant FURMANSKAYA, and others

3

known and unknown to the Acting United States Attorney, committed various acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1</u>: On or about June 12, 2019, defendant FURMANSKAYA, using an alias, picked up a shipment of Micron products at a FedEx facility in Tempe, Arizona.

<u>Overt Act No. 2</u>: On or about July 13, 2019, defendant FURMANSKAYA, using an alias, attempted to pick up a shipment of Micron products at a FedEx location in Boise, Idaho.

<u>Overt Act No. 3</u>: On or about November 29, 2019, defendant FURMANSKAYA, using an alias, picked up a shipment of Micron products at a FedEx location in Costa Mesa, California.

<u>Overt Act No. 4</u>: On or about November 30, 2019, defendant FURMANSKAYA, using an alias, picked up a shipment of Micron products at a FedEx location in Sunnyvale, California.

<u>Overt Act No. 5</u>: On or about December 22, 2019, defendant FURMANSKAYA, using an alias, placed a call to FedEx and attempted to reschedule a shipment of Dell products originally destined for a business in San Clemente, California.

<u>Overt Act No. 6</u>: On or about December 23, 2019, defendant FURMANSKAYA, using an alias, picked up a shipment of Dell products at a FedEx location in Irvine, California, which was the same shipment discussed on the December 22, 2019 call made by defendant FURMANSKAYA to FedEx.

<u>Overt Act No. 7</u>: On or about December 24, 2019, defendant FURMANSKAYA, using the alias "Sarah Davis," picked up a shipment of Micron products at a FedEx location in Doral, Florida.

    Overt Act No. 8: On or about December 24, 2019, defendant FURMANSKAYA, using the alias "Sarah Davis," rented a storage unit (storage unit #4245) in Miami, Florida, and transported the stolen Micron products to storage unit #4245.

    Overt Act No. 9: On or about December 24, 2019, defendant FURMANSKAYA returned to Los Angeles, California, and provided Co-Conspirator 1 with a note with the address of the storage unit, a business card with the access code, and photographs of the storage unit number (#4245).

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
 Money Laundering, and
 Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, and
 Racketeering Section

KEITH D. ELLISON
Assistant United States Attorney
International Narcotics,
 Money Laundering, and
 Racketeering Section